UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CORNHUSKER CASUALTY CO., a Nebraska corporation, <br><br> Plaintiff, <br><br> v. <br><br> SQI, INC., a Washington corporation; WEST SEATTLE PROPERTIES, LLC, a Washington limited liability company; LEDCOR INDUSTRIES (USA) INC., a Washington corporation; ADELAIDE TOWNHOMES, A CONDOMINIUM OWNERS ASSOCIATION, a Washington corporation; ADELAIDE CONDOMINIUM OWNERS ASSOCIATION, a Washington corporation; and, ADELAIDE MASTER CONDOMINIUM OWNERS ASSOCIATION, a Washington corporation, <br><br> Defendants. | CASE NO. C08-0456-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

Pursuant to Local Rule 7(h), Plaintiff is hereby directed to file a response, not to exceed ten pages, to Defendants' motions for reconsideration (Dkt. Nos. 56, 57, & 58). *See* Local Rules W.D.

MINUTE ORDER – 1

Wash. CR 7(h). Plaintiff shall file its response no later than Monday, March 2, 2009. The Court does not authorize a reply to the response.

DATED this 24th day of February, 2009.

BRUCE RIFKIN, Clerk of Court

By  /s/ C. Ledesma
     Deputy Clerk

MINUTE ORDER – 2