UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CORNHUSKER CASUALTY CO., a Nebraska corporation,

Plaintiff,

v.

SQI, INC., a Washington corporation; WEST SEATTLE PROPERTIES, LLC, a Washington limited liability company; LEDCOR INDUSTRIES (USA) INC., a Washington corporation; ADELAIDE TOWNHOMES, A CONDOMINIUM OWNERS ASSOCIATION, a Washington corporation; ADELAIDE CONDOMINIUM OWNERS ASSOCIATION, a Washington corporation; and ADELAIDE MASTER CONDOMINIUM OWNERS ASSOCIATION, a Washington corporation,

Defendants.

CASE NO. C08-0456-JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on motions for reconsideration by Defendants SQI Inc. (Dkt. No. 56), Ledcor Industries (USA) Inc. (Dkt. No. 57), and West Seattle Properties, LLC (Dkt. No. 58); and Plaintiff Cornhusker Casualty Co.'s Response thereto (Dkt. No. 60). Defendants ask the Court to

MINUTE ORDER – 1

1 | reconsider its December 23, 2008 Order granting Plaintiff's Motion for Summary Judgment.

2 | The Local Rules provide that:

> Motions for reconsideration are disfavored. The court will ordinarily deny such motions in the absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to its attention earlier with reasonable diligence.

Local Rule W.D. Wash. CR 7(h). Defendants have shown neither manifest error nor new facts or legal authority that could not have been brought to the Court's attention earlier.

Accordingly, having carefully considered the motion papers and being fully advised, the Court hereby DENIES the motions for reconsideration by Defendants SQI (Dkt. No. 56), Ledcor Industries (Dkt. No. 57), and West Seattle Properties (Dkt. No. 58).

DATED this 13th day of March, 2009.

BRUCE RIFKIN, Clerk of Court

By  */s/ V. Perez*
      Deputy Clerk

MINUTE ORDER – 2